# PD-0619-15

NO. _____

COURT OF APPEALS NO. 06-14-00165-CR

IN THE
COURT OF CRIMINAL APPEALS OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 22 2015

Abel Acosta, Clerk

BARNEY SAMUEL BRADSHAW,
Appellant/Petitioner

v.

THE STATE OF TEXAS,
Appellee/Respondent

FILED IN
COURT OF CRIMINAL APPEALS

MAY 2 2 2015

Abel Acosta, Clerk

On appeal from the Sixth Court of Appeals
Texarkana, Texas

PETITIONER'S MOTION TO EXTEND THE TIME FOR
FILING HIS PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

NOW COMES, BARNEY SAMUEL BRADSHAW, Appellant/Petitioner, and respectfully requests that the time for the filing of Petitioner's Petition for Discretionary Review in the above styled and numbered cause be extended. In support of this motion Petitioner would show the Court the following:

I.

Petitioner was convicted of continuous sexual assault of a child and was sentenced to 60 years' imprisonment. On May 5, 2015, in Opinion No. 06-14-00165-CR, the Sixth Court of Appeals affirmed the judgment of the trial court.

The Petitioner's Petition for Discretionary Review is due on or before June 4, 2015. Petitioner respectfully requests an extension of time until August 3, 2015.

### III.

No previous extensions of time has been requested.

### IV.

Petitioner would show the Court that he is currently incarcerated in the Mark W. Michael Unit of the TDCJ-CID and has limited access to the law library.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Petitioner respectfully requests that the time for filing the Petitioner's Petition for DisCretionary Review be extended until August 3, 2015.

Respectfully submitted,

*Barney Samuel Bradshaw*

BARNEY SAMUEL BRADSHAW
PETITIONER
TDCJ No. 01942978
Mark W. Michael Unit
2664 FM 2054
Tennessee Colony, Texas 75886

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion has been served by placing same in the United States Mail, postage prepaid, on the 15th day of May, 2015, addressed to: Rusk County District Attorney and State Prosecuting Attorney.

*Barney Samuel Bradshaw*

BARNEY SAMUEL BRADSHAW
PETITIONER